**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELLA M. COTE,

                       Plaintiff,         24 **CIVIL** 0233 (JGLC)(JW)

    -v-                                    **<u>JUDGMENT</u>**

MARTIN O'MALLEY, Acting Commissioner of
the Social Security Administration,

                       Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 27, 2025, the Report and Recommendation is ADOPTED in its entirety, and the case is REMANDED for further proceedings in accordance with the Report and Recommendation.

**Dated:** New York, New York

      August 27, 2025

                                                   **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                         **BY:**
                                                    **Deputy Clerk**